**McDonald Hopkins**
A business advisory and advocacy law firm®

McDonald Hopkins LLC
600 Superior Avenue, East
Suite 2100
Cleveland, OH 44114

P 1.216.348.5400
F 1.216.348.5474

Direct Dial: 216.348.5730
E-mail: mcavanagh@mcdonaldhopkins.com

November 1, 2021

Brent Emerson, President
Frontier Oil Tools LLC
6230 Bingle Road
Houston, Texas 77092

Re:  **Infringement of Terves' Patents**

Dear Mr. Emerson:

We represent Terves, LLC ("Terves"), a leader in engineered products for the oil and gas industry. In that regard, Terves has developed and patented unique and valuable magnesium-based, dissolvable materials for constructing drilling tools, including frac plugs and balls. Terves owns multiple patents to its dissolvable cast magnesium inventions, including U.S. Patent Nos. 10,329,653 and 10,689,740 (collectively, the "Terves Patents"), which are enclosed.

Based on publicly-available court records, Terves has learned that Frontier Oil Tools LLC ("Frontier") is buying dissolvable magnesium from Magnesium Machine, LLC (MMP), and selling those materials downstream. You should know that Terves has sued MMP's importer of dissolvable magnesium for infringing the Terves' Patents in the U.S. District Court for the Northern District of Ohio in the case entitled *Terves LLC v. Yueyang Aerospace New Materials Co. Ltd. et al.*, Case No. 1:19-cv-1611. Terves has tested the MMP materials (the same materials sold by Frontier), and Terves' metallurgical expert has found that they infringe.

In accordance with 35 U.S.C. § 287, Terves hereby gives notice to Frontier that its sale of the MMP-supplied dissolvable cast magnesium infringes the Terves Patents. Frontier's sale of these materials subjects Frontier to liability to Terves for damages, including Terves' lost profits or reasonable royalties. Moreover, having now received this notice, Frontier's continued sales are willful infringement (and past sales may be as well), which may subject Frontier to triple damages and liability for Terves' attorneys' fees if this matter proceeds to litigation.

Terves, therefore, demands that Frontier cease-and-desist selling MMP-supplied dissolvable magnesium immediately and provide written certification that it will do so by no later than November 12, 2021.

Sincerely,

Matthew J. Cavanagh

{9934642: }