EXHIBIT "4"



Daniel V. Carsey<br>
Shareholder<br>
100 North Broadway, Suite 2900<br>
Oklahoma City, OK  73102-8865<br>
Direct Dial:  (405) 553-2313<br>
dcarsey@hallestill.com

November 12, 2021

**VIA E-MAIL AND FIRST CLASS MAIL**

Mr. Matthew J. Cavanagh
McDonald Hopkins LLC
600 Superior Avenue, East, Suite 2100
Cleveland, OH  44114
mcavanagh@mcdonaldhopkins.com

> Re:   *Letter dated November 1, 2021 from Legal Counsel for Terves, LLC Claiming Infringement of Certain Patents*

Dear Mr. Cavanagh:

This law firm represents Magnesium Machine, LLC ("Magnesium Machine") with respect to its legal matters.  Your prior correspondence dated November 1, 2021 to Brent Emerson, President, of Frontier Oil Tools LLC ("Frontier"), a customer of Magnesium Machine, has been forwarded to me for response.  Please direct all future correspondence on this matter to me.

Your letter asserts that dissolvable cast magnesium supplied by Magnesium Machine infringes U.S. Patent Nos. 10,329,653 and 10,689,740 (the "Terves patents").  Please note that Magnesium Machine makes every attempt to respect the valid intellectual property rights of others.  However, it will not be deterred by unwarranted claims of infringement.

The Terves patents have been reviewed and compared with Magnesium Machine's dissolvable cast magnesium.  We do not believe Magnesium Machine's dissolvable cast magnesium infringes the Terves patents.

Our investigation further indicates that there are significant concerns about the validity and enforceability of the Terves patents that you are asserting.  As noted in your letter, the case of *Terves LLC v. Yueyang Aerospace New Materials Co. Ltd. et al.,* Case No. 1:19-cv-1611, is ongoing and the validity of the Terves patents is in question.  For example, Xiao Daihong, CN 103,343,271, for a "Light and Pressure-Proof Fast-Decomposed Cast Magnesium Alloy," is attached for your review. This patent anticipates the claims of the Terves patents. Further, Terves' patent claims in China were rejected in view of Xiao, but Terves failed to make the USPTO aware of that fact, thus committing fraud on the USPTO.

Magnesium Machine firmly stands behind its products.  We insist that your client, Terves, cease contacting our customers, including, but not limited to, Frontier, and threatening them with assertions of patent infringement in order to unfairly harm the market for dissolvable

EXHIBIT "4"

EXHIBIT "4"

Matthew J. Cavanagh
November 12, 2021
Pg. 2

cast magnesium.  Please provide written certification that Terves, whether by and through counsel or not, will do so by no later than November 22, 2021.

                                                  Sincerely,

                                                  Daniel V. Carsey

DVC:mjd

Enclosure

**EXHIBIT "4"**