UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA
EASTERN DIVISION

| | | |
|---|---|---|
| Magnesium Machine, LLC, | ) | Case No. CIV-21-1115-PRW |
|       Plaintiff, | ) | |
| | ) | Judge Patrick R. Wyrick |
| vs. | ) | |
| | ) | |
| Terves LLC, | ) | |
| | ) | |
|       Defendant. | ) | |

### Declaration of Matthew J. Cavanagh

I, Matthew J. Cavanagh, declare as follows:

1. I have personal knowledge of the facts stated herein and, if called as a witness, could and would competently testify to them.

2. I am a member at the Cleveland, Ohio, law offices of McDonald Hopkins LLC ("McDonald Hopkins" or "MH").

3. I am licensed to practice law in the state of Ohio, before the United States District Court for the Northern District of Ohio, before various other federal courts, before the United States Patent and Trademark Office, and before this Court with pro hac vice permission.

4. I am one of the attorneys representing defendant Terves, LLC in this case.

5. I also am one of the attorneys representing Terves in the Ohio Patent Case, *Terves LLC v. Yueyang Aerospace New Materials Co. Ltd.*, No. 1:19-cv-1611-DCN, which is pending in the United States District Court for the Northern District of Ohio (the "NDOH").

EXHIBIT
1

6. I also am one of the attorneys representing Terves in the Ohio Trade Secret Case, *Magnesium Machine, LLC et al. v. Terves LLC et al.*, Case No. 1:19-cv-2818, which is pending in the NDOH.

7. I submit this declaration in connection with Terves' motion to dismiss, transfer, or stay this case pending the outcome of the Ohio Patent Case.

8. Attached as Exhibit 1 are accurate copies of letters that I sent to Bear Claw Technologies LLC and Jet Oilfield Services, LLC, although for brevity I did not provide copies of the '653 and '740 patents that were enclosed with those letters.

9. Attached as Exhibit 2 are excerpts from the Ecometal petition for inter partes review of Terves' '653 patent, which identifies Magnesium Machine as a "party in interest" together with Ecometal. The UPSTO ultimately denied the petition.

10. In the Ohio Patent Case, Magnesium Machine's two owners, Brian Wilkinson and Loren Swor, testified by deposition on June 24 and 25, 2021, respectively.

11. In the Ohio Trade Secret Case, Mr. Swor testified live and in-person at an evidentiary hearing on Magnesium Machine's motion for ex parte seizure order.

12. In the Ohio Patent Case, Magnesium Machine and its related company Magnesium Materials have produced purchase and sales records of the accused dissolvable magnesium and other documents in response to a subpoena.

13. In the Ohio Patent Case, Magnesium Machine was jointly represented by the same attorneys that represent Ecometal: the Dunlap Codding law firm and Mr. Ed White.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 19, 2022.  _____
                                                             Matthew J. Cavanagh

# Exhibit 1

**McDonald Hopkins**
A business advisory and advocacy law firm®

McDonald Hopkins LLC
600 Superior Avenue, East
Suite 2100
Cleveland, OH 44114

P 1.216.348.5400
F 1.216.348.5474

Direct Dial: 216.348.5730
E-mail: mcavanagh@mcdonaldhopkins.com

November 1, 2021

Michael Walsh, CEO
Bear Claw Technologies LLC
1772 Ross Dr.
Ogden, Utah 84403

**Re:   Infringement of Terves' Patents**

Dear Mr. Walsh:

We represent Terves, LLC ("Terves"), a leader in engineered products for the oil and gas industry. In that regard, Terves has developed and patented unique and valuable magnesium-based, dissolvable materials for constructing drilling tools, including frac plugs and balls. Terves owns multiple patents to its dissolvable cast magnesium inventions, including U.S. Patent Nos. 10,329,653 and 10,689,740 (collectively, the "Terves Patents"), which are enclosed.

Based on publicly-available court records, Terves has learned that Bear Claw Technologies LLC ("Bear Claw") is buying dissolvable magnesium from Magnesium Machine, LLC (MMP), and selling those materials downstream. You should know that Terves has sued MMP's importer of dissolvable magnesium for infringing the Terves' Patents in the U.S. District Court for the Northern District of Ohio in the case entitled *Terves LLC v. Yueyang Aerospace New Materials Co. Ltd. et al.*, Case No. 1:19-cv-1611. Terves has tested the MMP materials (the same materials sold by Bear Claw), and Terves' metallurgical expert has found that they infringe.

In accordance with 35 U.S.C. § 287, Terves hereby gives notice to Bear Claw that its sale of the MMP-supplied dissolvable cast magnesium infringes the Terves Patents. Bear Claw's sale of these materials subjects Bear Claw to liability to Terves for damages, including Terves' lost profits or reasonable royalties. Moreover, having now received this notice, Bear Claw's continued sales are willful infringement (and past sales may be as well), which may subject Bear Claw to triple damages and liability for Terves' attorneys' fees if this matter proceeds to litigation.

Terves, therefore, demands that Bear Claw cease-and-desist selling MMP-supplied dissolvable magnesium immediately and provide written certification that it will do so by no later than November 12, 2021.

Sincerely,

Matthew J. Cavanagh

{9934651: }

**McDonald Hopkins**
A business advisory and advocacy law firm®

McDonald Hopkins LLC
600 Superior Avenue, East
Suite 2100
Cleveland, OH 44114

P 1.216.348.5400
F 1.216.348.5474

Direct Dial: 216.348.5730
E-mail: mcavanagh@mcdonaldhopkins.com

November 1, 2021

Thomas Smith, CEO
Jet Oilfield Services, LLC
8511 Ridgelea St.
Dallas, Texas 75209

Re:   **Infringement of Terves' Patents**

Dear Mr. Smith:

We represent Terves, LLC ("Terves"), a leader in engineered products for the oil and gas industry. In that regard, Terves has developed and patented unique and valuable magnesium-based, dissolvable materials for constructing drilling tools, including frac plugs and balls. Terves owns multiple patents to its dissolvable cast magnesium inventions, including U.S. Patent Nos. 10,329,653 and 10,689,740 (collectively, the "Terves Patents"), which are enclosed.

Based on publicly-available court records, Terves has learned that Jet Oilfield Services, LLC ("Jet") is buying dissolvable magnesium from Magnesium Machine, LLC (MMP), and selling those materials downstream. You should know that Terves has sued MMP's importer of dissolvable magnesium for infringing the Terves' Patents in the U.S. District Court for the Northern District of Ohio in the case entitled *Terves LLC v. Yueyang Aerospace New Materials Co. Ltd. et al.*, Case No. 1:19-cv-1611. Terves has tested the MMP materials (the same materials sold by Jet), and Terves' metallurgical expert has found that they infringe.

In accordance with 35 U.S.C. § 287, Terves hereby gives notice to Jet that its sale of the MMP-supplied dissolvable cast magnesium infringes the Terves Patents. Jet's sale of these materials subjects Jet to liability to Terves for damages, including Terves' lost profits or reasonable royalties. Moreover, having now received this notice, Jet's continued sales are willful infringement (and past sales may be as well), which may subject Jet to triple damages and liability for Terves' attorneys' fees if this matter proceeds to litigation.

Terves, therefore, demands that Jet cease-and-desist selling MMP-supplied dissolvable magnesium immediately and provide written certification that it will do so by no later than November 12, 2021.

Sincerely,

Matthew J. Cavanagh

{9925897: }

# Exhibit 2

Case No. UNASSIGNED<br>
Patent 10,329,653<br>
Attorney Docket No. 2189.004

UNITED STATES PATENT AND TRADEMARK OFFICE

_____

BEFORE THE PATENT TRIAL AND APPEAL BOARD

_____

ECOMETAL INC.
Petitioner

v.

_____

TERVES, LLC
Patent Owner

_____

Case No. Unassigned
Patent No. 10,329,653
Issued: June 25, 2019
Application No.: 15/641,439
Filed: July 5, 2017
Title: GALVANICALLY-ACTIVE IN SITU FORMED PARTICLES FOR CONTROLLED RATE AND DISSOLVING TOOLS

_____

**PETITION FOR *INTER PARTES* REVIEW OF U.S. PATENT NO. 10,329,653 (CLAIMS 1, 4, 5, 7, 8, 11, 12, 13, 25, 29, 33, 37, 41, 43, 45, 49, 55, 69, 70, 71, 73, and 74)**

Case No. Unassigned                                           Attorney Docket No. 2189.004
Patent 10,329,653

## I.     INTRODUCTION

Ecometal Inc. ("Petitioner") petitions for *inter partes* review under 35 U.S.C. §§ 311–319 and 37 C.F.R. § 42.100 *et seq.* of independent claims 1, 12, 25, 29, 33, 37, 41, 45, 49, 73, and 74, and dependent claims 4, 5, 7, 8, 11, 13, 43, 55, and 69-71 of U.S. Patent No. 10,329,653 ("the '653 Patent") (Ex. 1001) (the "Challenged Claims"). This Petition sets forth three grounds for invalidity, which are all likely to prevail based on the accompanying evidence, and as such, this Petition should be granted and the Challenged Claims cancelled.

## II.    MANDATORY NOTICES UNDER 37 C.F.R. § 42.8

### A.    Real Parties-in-Interest Under 37 C.F.R. § 42.8(b)(1)

The real parties-in-interest are: (i) Ecometal Inc., (ii) Mr. Nick Yuan, and (iii) Magnesium Machine, LLC, (iv) Magnesium Materials, LLC, and (v) Magnesium Holdings, LLC.

### B.    Related Matters Under 37 C.F.R. § 42.8(b)(2)

The '653 Patent is the subject of a patent infringement lawsuit brought by the Patent Owner Terves LLC against Petitioner and Mr. Yuan in the U.S. District Court for the Northern District of Ohio, Case No. 1:19-cv-01611-M ("Related Litigation"). Petitioner, Ecometal, Inc., and Real Party-in-Interest, Mr. Yuan, who are both residents of Canada, were delivered a copy of the Summons and Complaint at Mr.